ANTHONY E. IMBESI, RESPONDENT, v. EASTERN MOTOR COMPANY, APPELLANT.

Argued October 25, 1928—Decided February 4, 1929.

For the respondent, *Chas. K. Landis, Jr.*

For the appellant, *Cole & Cole.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.